# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2006

130438

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DETROIT FREE PRESS, INC.,
        Plaintiff-Appellee,

v

CITY OF SOUTHFIELD,
        Defendant-Appellant,

and

CITY OF SOUTHFIELD FIRE AND POLICE
RETIREMENT SYSTEM, CITY OF ANN
ARBOR EMPLOYEES' RETIREMENT
SYSTEM, CITY OF TAYLOR POLICE AND
FIRE RETIREMENT FUND BOARD, and CITY
OF WESTLAND POLICE AND FIRE
RETIREMENT BOARD,
        Defendants-Appellees.

SC: 130438
COA: 260083
Wayne CC: 04-417402-CZ

_____/

        On order of the Court, the application for leave to appeal the December 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        CAVANAGH J., would grant leave to appeal.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2006                    _____
                                              Clerk

p0517